UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES MCCLENDON,

     Plaintiff,

-against-

COUNTY OF NASSAU, LAWRENCE
MULVEY, Police Commissioner of Nassau
County Police Department, RICHARD SOTO,
Police Sergeant, JAMES TOBIN, Police
Officer, RAYMOND BUTTACAROLI, Police
Officer, JOHN ADERSON, Police Officer,
BRANDON HILLMAN, Police Officer,
LAURA SVENTORAITIS, Police Officer and
KEITH FAIVR, Police Officer, in their official
and individual capacities,

     Defendants.
------------------------------------------------------------X

**VERDICT SHEET**
11-CV-0190 (SJF)(ETB)

**COURT EXHIBIT**

2

FEUERSTEIN, J.

According to the principles of law as instructed by the Court and the facts as you find them, please answer the following questions:

### AS TO THE EXCESSIVE FORCE CLAIM

1. Did police officer James Tobin use excessive force while arresting James McClendon?

    YES _____  NO __✓__

2. Did police officer Raymon Buttacavoli use excessive force while arresting James McClendon?

    YES _____  NO __✓__

3. Did police officer John Anderson use excessive force while arresting James McClendon?

        YES _____  NO \_\_✓\_\_

4. Did police officer Brandon Hillman use excessive force while arresting James McClendon?

        YES _____  NO \_\_✓\_\_

5. Did police officer Laura Sventoraitis use excessive force while arresting James McClendon?

        YES _____  NO \_\_✓\_\_

6. Did police officer Keith Faivre use excessive force while arresting James McClendon?

        YES _____  NO \_\_✓\_\_

*[Signature: Jo-Anne Fox]*

FOREPERSON

February \_\_, 2013